UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 18, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DAIRY FARMERS OF AMERICA, INC.,
CHEESE ANTITRUST LITIGATION

Jacqueline A. Rudman v. Dairy Farmers of America, Inc., et al., D. Vermont, C.A. No. 2:09-134    )    MDL No. 2031

CONDITIONAL TRANSFER ORDER (CTO-1)

On June 15, 2009, the Panel transferred one civil action to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* __F.Supp.2d__ (J.P.M.L. 2009).  With the consent of that court, all such actions have been assigned to the Honorable William J. Hibbler.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Hibbler.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable William J. Hibbler.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel