UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DAIRY FARMERS OF AMERICA, INC.,
CHEESE ANTITRUST LITIGATION    MDL No. 2031

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–2)**

On June 15, 2009, the Panel transferred 1 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 626 F.Supp.2d 1348 (J.P.M.L. 2009). Since that time, 1 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable William J Hibbler.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Hibbler.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable William J Hibbler.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DAIRY FARMERS OF AMERICA, INC.,
CHEESE ANTITRUST LITIGATION                                MDL No. 2031

## SCHEDULE CTO–2 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| VERMONT | | | |
| VT | 2 | 11–00219 | Waun et al v. Dairy Farmers of America, Inc. et al |